Clear Form

FILED

JUN 02 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

YGR

Robert Townaha et al )
                    Plaintiff, )
                              )
vs.                           )
City of Petaluma              )
        et al.                )
                    Defendant. )

CV22  03220

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
  **(Non-prisoner cases only)**

I, _Mathew Irving_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?                    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _NA_                          Net: _NA_

Employer: _NA_

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.      Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7       a.      Business, Profession or                Yes ____  No ✓

8               self employment?

9       b.      Income from stocks, bonds,            Yes ____  No ✓

10              or royalties?

11      c.      Rent payments?                        Yes ____  No ✓

12      d.      Pensions, annuities, or               Yes ____  No ✓

13              life insurance payments?

14      e.      Federal or State welfare payments,    Yes ✓  No ____

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  ~~its~~ $1,140  Social security  monthly

20  payments.

21  3.      Are you married?                          Yes ____  No ✓

22  Spouse's Full Name: NA

23  Spouse's Place of Employment: NA

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $ NA                       Net $ NA

26  4.      a.      List amount you contribute to your spouse's support:$ NA

27          b.      List the persons other than your spouse who are dependent upon you for support

28                  and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?          Yes ____  No ✔

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?                     Yes ____  No ✔

7    Make _____ Year _____ Model _____

8    Is it financed? Yes _____ No _____ If so, Total due: $_____

9    Monthly Payment: $_____

10   7.    Do you have a bank account?  Yes ____  No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s):  $_____

14   Do you own any cash?  Yes ____ No ____ Amount:  $_____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)                                 Yes ____  No ____

17   _____

18   8.    What are your monthly expenses?

19   Rent:  $_____ Utilities:  _____

20   Food:  $200 00_____ Clothing:  $100 00_____

21   Charge Accounts:

22   Name of Account            Monthly Payment              Total Owed on This Account

23   _____     $_____        $_____

24   _____     $_____        $_____

25   _____     $_____        $_____

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

EMC

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-31-22

DATE

SIGNATURE OF APPLICANT