OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

22-cv-03220

RECEIVED
AUG 15 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 940
5 AUG 2022 PM 5 L

FILED
AUG 15 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

neopost
08/05/2022
US POSTAGE $000.81⁰
FIRST-CLASS MAIL
ZIP 94102
041M12251287

NIXIE       958  DE 1       0008/10/22
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
*1540-64206-05-39

Daniel Lynch
Steamer Landing Park
6 Copeland Street
Petaluma, CA 94952

22-cv-03220-EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOURNAHU, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEGGY FLYNN, et. al.,<br><br>Defendants. | Case No. 22-cv-03220-EMC<br><br>**ORDER DENYING PLAINTFFS' MOTION FOR ORDER TO SHOW CAUSE AND REQUEST TO HOLD DEFENDANTS IN CONTEMPT**<br><br>Docket No. 29 |

## I. INTRODUCTION

Plaintiffs are individuals who were previously residents of an encampment in Steamer Landing Park in Petaluma, CA. Plaintiffs filed this matter in June 2022 to seeking an extension of the Court's prior injunction in a related case, No. 21-cv-10027-EMC, or a new injunction prohibiting the City of Petaluma from evicting residents of the encampment. *See* Docket No. 1. The Court allowed the previous injunction to expire on June 13 and directed the City to conduct outreach to offer shelter and storage of personal belongings to Plaintiffs prior to evicting them. Docket No. 22. Thereafter, four Plaintiffs alleged that the City failed to make meaningful offers to them for storage of their personal belongings prior to evicting them, and moved the Court for an order to show cause why Defendants should not be held in contempt of court. *See* Docket Nos. 29, 35, 36, 39, 40, 41, 42.

Now pending is Plaintiffs' motion for order to show cause and request to hold Defendants in contempt. For the following reasons, the Court **DENIES** Plaintiffs' motion.

///

///