1  Your name: Robert Tournahu
2  Address: 300 Hopper Street, Petaluma CA
3  _____
4  Phone Number: _____
5  E-mail Address: _____
6  Pro se Plaintiff

**FILED**

SEP 06 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

TOURNAHU ET AL

Plaintiff,

vs.

FLYNN ET AL

Defendant.

Case Number: 3:22-CV-03220-EMC

**NOTICE OF VOLUNTARY DISMISSAL OF**

[check one]

☑ THIS ENTIRE CASE

☐ ONLY DEFENDANT [name]

Hon. Edward Chen

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☑ this entire case.

☐ only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: 9-3-22   Sign Name: Robert Tournahu
                Print Name: Robert Tournahu

NOTICE OF VOLUNTARY DISMISSAL
Case No. _____                                    [JDC TEMPLATE]

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

**CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT**
*You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. Case Name: TOURNAHU et al v. FLYNN et al

2. Case Number: 3:22-cv-03220

3. What documents were served?

   **Notice of Voluntary Dismissal**

4. How was the document served? *[check one]*

   [✓] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. Who did you send the document to? *[Write the full name and contact information for each person you sent the document.]*

   City of Petaluma          11 English Street
   Peggy Flynn               Petaluma CA 94952
   Ken Sivano
   Kevin Gilbert

6. When were the documents sent? September 6th 8am

7. Who served the documents? *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: Robert Powelson
   Name: Robert Powelson
   Address: 1001 Bridgeway #611
            Sausalito CA 94965

CERTIFICATE OF SERVICE *[JDC TEMPLATE Rev. 05/2017]*

Dated: September 7, 2022

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA